UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>       Plaintiff,<br><br> v.<br><br>LINEAGE LOGISTICS LLC, et al,<br><br>       Defendant. | CASE NO. 2:20-cv-01801-RAJ-BAT<br><br>**ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES AND SUBMISSION OF JOINT STATUS REPORT AND DISCOVERY PLAN** |

Based on the parties' Stipulation (Dkt. 14) and for good cause shown, it is **ORDERED** that the current deadlines for the Rule 26(f) conference, initial disclosures, and joint status report (Dkt. 13) are extended as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | **April 23, 2021** |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | **May 7, 2021** |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | **May 21, 2021** |

DATED this 25th day of March, 2021.

              _/s/ Brian A. Tsuchida_
              BRIAN A. TSUCHIDA
              Chief United States Magistrate Judge